## HIGHSAW v. STATE.
### No. 16217.

Court of Criminal Appeals of Texas.
Nov. 1, 1933.

T. B. Sisco, of McKinney, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CHRISTIAN, Judge.

The offense is forgery; the punishment, confinement in the penitentiary for two years.

The record is before us without a statement of facts or bills of exception. No question is presented for review.

The judgment is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

## LEWIS v. STATE.
### No. 16209.

Court of Criminal Appeals of Texas.
Nov. 1, 1933.

John Y. Rust, Jr., and O. H. Tupper, Jr., both of San Angelo, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for robbery with firearms, punishment assessed at fifteen years in the penitentiary.

The indictment is in proper form. No statement of facts or bills of exception are found in the record. In such condition nothing is presented for review.

The judgment is affirmed.